IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) | JULIE CUMMINGS, | ) |
| | | ) |
| | Plaintiff | ) |
| | | ) |
| -vs.- | | ) CIV-2015-86-JHP |
| | | ) |
| | | ) |
| 2) | THE TOWN OF ROFF | ) |
| | | ) |
| | Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their counsel of record, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above entitled cause of action be dismissed with prejudice to the right of the Plaintiff to bring any further action against the Defendant, each party to bear her/its own costs and attorney fees incurred to date.

Dated this 26th day of October, 2015.

/s/ Mark Hammons
Mark Hammons, OBA # 3784
Christine Coleman Vizcaino, OBA #30527
HAMMON, GOWNS, HJURST &
    ASSOCIATES
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
(405) 235-6100
Christine@hammonslaw.com
*Attorneys for Plaintiff*

/s/ Margaret McMorrow-Love
Margaret McMorrow-Love, OBA #5538
228 Robert S. Kerr Ave., Suite 540
Oklahoma City, Oklahoma 73102
(405) 235-3848
mcmorrowlove@sbcglobal.net
*Attorney for Defendant*